Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.41.19.181,<br><br>    Defendant. | Case Number: 2:24-cv-00897-TLN-CKD<br><br>~~PROPOSED~~ **ORDER ON PLAINTIFF'S REQUEST TO SEAL UNREDACTED VERSIONS OF ITS FIRST AMENDED COMPLAINT, PROPOSED SUMMONS AND RETURN OF SERVICE** |

THIS CAUSE came before the Court upon Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service ("Request"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1.    Plaintiff's Request is GRANTED.

2.    Plaintiff may file under seal: (1) an unredacted version of its First Amended Complaint; (2) an unredacted proposed summons; and, (3) after service

1

~~Proposed~~ Order on Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service

Case No. 2:24-cv-00897-TLN-CKD

is effectuated on Defendant, an unredacted return of service under seal, with a redacted version to be filed on the public docket.

3. The documents shall remain under seal until further order of the Court.

Dated: July 12, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, stri0897.24

2

Proposed Order on Plaintiff's Request to Seal Unredacted Versions of its First Amended Complaint, Proposed Summons and Return of Service

Case No. 2:24-cv-00897-TLN-CKD